# EXHIBIT A

The information available on Case.net is provided as a service and is not considered an official court record.


Case.net: - Docket Entries

**Sort by date:** Descending Ascending **Display options:** All Entries

**10/21/2026**

**Retn Serv-Reg/Cert Mail Unsuc**

Document ID - 26-SMSC-657; Served To - RADIUS GLOBAL SOLUTIONS ; Served Date - 10/15/2026; Served Time - 12:06:19; Service Type - CT; Reason Description - UNCM; Service Text -

**10/01/2026**

**Corporation Served**

Document ID - 26-SMSC-667; Served To - RADIUS GLOBAL SOLUTIONS ; Served Date - 10/01/2026; Served Time - 10:56:29; Service Type - CT; Reason Description - SERV; Service Text -

**09/22/2026**

**Summons Issued-Reg/Cert Mail**

Document ID: 26-SMSC-667, for RADIUS GLOBAL SOLUTIONS CERTIFIED MAIL: 9589 0710 5270 2688 7642 19

**Certification Filed**

**Summons Req-Small Claims**

Service by Certified Mail SO ORDERED: JUDGE NICOLE JEAN COLBERT BOTCHWAY

**09/18/2026**

**Certification Filed**

**Summons Issued-Reg/Cert Mail**

Document ID: 26-SMSC-657, for RADIUS GLOBAL SOLUTIONS CERTIFIED MAIL 9589 0710 5270 2688 7630 76

**Ord Allow In Forma Pauperis**

**Confid Filing Info Sheet Filed**

**09/17/2026**

**Judge Assigned**

**09/16/2026**

**Small Claims Hrng Scheduled**

**Scheduled For:** 10/26/2026; 1:30 PM; NICOLE JEAN COLBERT BOTCHWAY; City of St. Louis

**Petition Filed - No Fees**

IN THE CIRCUIT COURT OF ____________________ COUNTY, MISSOURI

22ND JUDICIAL CIRCUIT
2026 SEP 16 PM 3:34
(Date File Stamp)

| | | |
|---|---|---|
| Judge or Division: | Case Number: 2622-SC00345 | |
| Plaintiff(s): 1. Deon O'Neal 2. | | |
| vs. | Plaintiff's Address (No. 1): 4571 Natural Br | Defendant's Address (No. 1): 208 Madison St |
| | City, State, Zip: St. Louis, Mo 63106 | City State, Zip: Jefferson City, MO 65101 |
| Defendant(s): 1. Radius Global Solutions 2. ~~GLO EGC Lawyers~~ | Telephone Number: | Telephone Number: |
| | Plaintiff's Address (No. 2): | Defendant's Address (No. 2): " |
| | City, State Zip: | City, State, Zip: |
| X Mail ___ Sheriff | Telephone Number: | Telephone Number: |

## Petition Small Claims Court

The plaintiff states he/she has a claim against the defendant in the amount of $ 5,000. The claim arose on or about 9/16/2026 (date) as a result of the following events:

See attachment

(include additional page if necessary)

The plaintiff states that the information contained in this petition is true and correct to the best of his/her knowledge, that he/she is not an assignee of this claim and that he/she has not filed more than twelve (12) other claims in the Missouri small claims courts during the current calendar year.

The plaintiff understands that, should he/she be successful in this action and obtain judgment, and if the defendant does not appeal within ten days, this judgment becomes final. The plaintiff cannot commence another action involving the same parties and issues. The plaintiff understands that he/she is waiving the right to jury trial on these issues in the small claims court.

9/16/26
Date

[signature]
Signature of Plaintiff

**Keep a copy of this petition and bring it to court.**

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
2026 SEP 16 PM 3:32
CASHIER
CLERK

IN THE 22nd CIRCUIT COURT OF ST. LOUIS, MISSOURI

SMALL CLAIMS DIVISION

DEVON O'NEAL, )

4571 Laclede Ave, 373 )

St. Louis, MO 63108 )

Plaintiff (Pro Se) )

vs. ) Case No.: 2622-SC00345

RADIUS GLOBAL SOLUTIONS LLC )

c/o Registered Agent for Service: ) Division: Small Claims

CSC-Lawyers Incorporating Service Company )

209 Madison Street )

Jefferson City, MO 65101 )

Defendant. )

**PETITION FOR DAMAGES**

Plaintiff, Devon O'Neal, appearing pro se, for their cause of action against Defendant, Radius Global Solutions LLC, states as follows:

I. JURISDICTION AND PARTIES

1. Plaintiff Devon O'Neal is a natural person and a "consumer" as defined by 15 U.S.C. § 1692a(3), residing in St. Louis, Missouri.

2. Defendant Radius Global Solutions LLC (hereinafter "Radius") is a "debt collector" as defined by 15 U.S.C. § 1692a(6), engaged in the business of collecting debts. At all relevant times, Radius was attempting to collect an alleged debt from Plaintiff concerning an American Express account, #004-8716753, with an alleged balance of $4,917.41 (the "Account").

3. This Court has jurisdiction over this matter. The total amount in controversy is $5,000.00, which is within the jurisdictional limit of this Court as set forth in Mo. Rev. Stat. § 482.300.

**II. FACTUAL BACKGROUND**

4. On July 6, 2026, Plaintiff mailed a formal written dispute, validation demand, and Cease & Desist (C&D) notice regarding the Account to Defendant via USPS Certified Mail (Tracking #9589071052702259148592).

5. The United States Postal Service confirmed delivery of Plaintiff's written notice to Defendant on July 30, 2026.

III. PRE-SUIT DEMAND AND REGULATORY COMPLAINTS

6. On August 28, 2026 (via email) and August 31, 2026 (via USPS Certified Mail), Plaintiff sent Defendant a pre-suit Demand for Settlement and Intent to Sue, affording Defendant an opportunity to resolve this matter. Plaintiff's demand required Defendant to provide: (a) full credit deletion of the Account from all three credit bureaus; (b) a full waiver of the $4,917.41 balance with prejudice; (c) a written agreement not to sell, transfer, or assign the Account; and (d) $1,500 in statutory damages.

7. Defendant was given a deadline of September 4, 2026, to accept the settlement terms. Defendant failed to respond.

8. On September 4, 2026, Plaintiff filed formal complaints regarding Defendant's unlawful conduct with the Consumer Financial Protection Bureau (CFPB), the Missouri Attorney General (Consumer Protection Division), and the Better Business Bureau (BBB).

**COUNT I – FAILURE TO REPORT DEBT AS DISPUTED**

(Violation of 15 U.S.C. § 1692e(8))

9. Plaintiff incorporates the preceding paragraphs by reference.

10. Pursuant to 15 U.S.C. § 1692e(8), a debt collector is prohibited from "[c]ommunicating... to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed."

11. After receiving Plaintiff's written dispute on July 30, 2026, Defendant knew or should have known that the Account was disputed.

12. Despite this knowledge, Defendant continued to report the Account to consumer credit bureaus (including but not limited to Experian, Equifax, and TransUnion) without marking the Account as "Disputed by Consumer," thereby communicating false and misleading information in violation of 15 U.S.C. § 1692e(8).

**COUNT II – IGNORED ELECTRONIC OPT-OUT**

(Violation of 12 C.F.R. § 1006.6(e))

13. Plaintiff incorporates the preceding paragraphs by reference.

14. Pursuant to 12 C.F.R. § 1006.6(e) (Regulation F), a debt collector communicating electronically must provide and honor a "reasonable and simple method by which the consumer can opt out."

15. Defendant included an electronic "unsubscribe/opt-out" mechanism within its collection emails sent to Plaintiff. Plaintiff executed this opt-out mechanism to cease electronic communications.

16. Despite Plaintiff's opt-out, Defendant ignored the request and continued to send electronic collection communications to Plaintiff's email address, in direct violation of 12 C.F.R. § 1006.6(e).

**COUNT III – CONTINUED COMMUNICATION AFTER CEASE & DESIST**

(Violation of 15 U.S.C. § 1692c(c))

17. Plaintiff incorporates the preceding paragraphs by reference.

18. Pursuant to 15 U.S.C. § 1692c(c), once a consumer notifies a debt collector in writing to cease communication, the debt collector "shall not communicate further with the consumer with respect to such debt," subject to three narrow exceptions not applicable here.

19. Despite receiving Plaintiff's unequivocal written C&D notice on July 30, 2026, Defendant continued to send collection communications to Plaintiff's email address. These communications did not fall within any of the permissible statutory exceptions and therefore constitute a direct violation of 15 U.S.C. § 1692c(c).

**IV. DAMAGES**

20. As a direct and proximate result of Defendant's violations, Plaintiff has suffered damages and is entitled to relief as follows:

a. Statutory Damages: Pursuant to 15 U.S.C. § 1692k(a)(2)(A), Plaintiff is entitled to the maximum statutory damages of $1,000.00 due to the persistent and willful nature of Defendant's multiple, distinct violations.

b. Actual Damages: Pursuant to 15 U.S.C. § 1692k(a)(1), Plaintiff has suffered actual damages totaling $4,000.00, broken down as follows:

i. Emotional Distress ($2,500.00): Defendant's conduct caused Plaintiff significant emotional distress, including anxiety, stress, mental anguish, and sleep disruption. Plaintiff suffered humiliation and frustration from Defendant's continued harassment after Plaintiff invoked their clear legal rights via a written Cease & Desist and an electronic opt-out. Plaintiff also suffered distress from the knowledge that Defendant was actively reporting false information to credit bureaus by omitting the dispute status. Courts have consistently held that such emotional distress is recoverable as actual damages under the FDCPA, and Plaintiff's testimony at trial will establish these damages.

ii. Credit-Related Harm ($1,000.00): Defendant's failure to report the Account as disputed under § 1692e(8) caused direct harm to Plaintiff's credit standing and reputation. This false reporting resulted in adverse credit consequences, including but not limited to the denial of credit applications and/or the offering of credit on less favorable terms.

iii. Out-of-Pocket Expenses ($500.00): Plaintiff incurred direct out-of-pocket expenses to address Defendant's violations, including the costs of USPS Certified Mail for the dispute/C&D letter and pre-suit demand letter, the costs of obtaining credit reports from all three bureaus to document the false reporting, and other reasonable expenses.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Devon O'Neal respectfully requests that this Court enter judgment in their favor and against Defendant Radius Global Solutions LLC as follows:

A. For Statutory Damages in the amount of $1,000.00;

B. For Actual Damages in the amount of $4,000.00;

C. For Court Costs as permitted by law and 15 U.S.C. § 1692k(a)(3); and

D. For such other and further relief as the Court deems just and proper.

Total Damages Sought: $5,000.00 plus court costs.

Respectfully submitted,

Devon O'Neal, Plaintiff Pro Se

4571 Laclede Ave, 373

St. Louis, MO 63108

**VERIFICATION**

I, Devon O'Neal, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this ~~15th~~ 16th day of September, 2026.

Devon O'Neal

Subscribed and sworn to before me this 16TH day of September, 2026.

[ SEAL ]

BARBARA D. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2028
Commission Number: 20606492

Notary Public

My Commission Expires: 31 May 2028

JURY TRIAL WAIVER ACKNOWLEDGMENT

I understand that by filing this Petition in the Small Claims Division, I am waiving my right to a jury trial on these issues in the Small Claims Court, as provided by Mo. Rev. Stat. § 482.340.

Date: September ~~15,~~ 16th 2026

Devon O'Neal

# FILED AS A POOR PERSON

## Summons Small Claims Court

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | **Case Number:**<br>**2622-SC00345** | |
| Plaintiff:<br>DEVON ONEAL<br>vs. | Plaintiff's Attorney/Address:<br>DEVON ONEAL<br>4571 LACLEDE AVE 373<br>SAINT LOUIS, MO 63108 | |
| Defendant:<br>RADIUS GLOBAL SOLUTIONS | Date, Time and Location of Hearing:<br>**MONDAY**<br>**26-OCT-2026, 01:30 PM**<br>**DIVISION 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** | (Date File Stamp for Return) |

**The State of Missouri to:** **RADIUS GLOBAL SOLUTIONS**
**Alias:**
**209 MADISON ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing.**

***COURT SEAL OF***

***CITY OF ST LOUIS***

9/18/2026
Date

Clerk

**Further Information:**

**Case Number: 2622-SC00345**

**Officer's or Server's Return**
**(unless Certified Mail Used)**

**Note to serving officer**: Service must not be made less than ten days from the date the defendant is to appear in court.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons to the defendant.

☐ leaving a copy of the summons at the dwelling house or usual place of abode of the defendant with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons to: ______________________ (name) ______________ (title) at ______________________________ (address).

☐ other: ______________________________.

Served at ______________________________ (address)

in ____________________ (County/City of St. Louis), MO, on ____________ (date)

at __________ (time).

______________________________
Officer or Server

(Seal)

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ____________________ (date).

My commission expires: ____________ ____________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant. For methods of service on all classes of suits, see Supreme Court Rule 54.

**Instructions to Defendant**

1. If you do not wish to oppose plaintiff's claim, you may:
   a) Contact the plaintiff and make an out-of-court settlement with the plaintiff before the hearing date and file with the clerk of the small claims court a dismissal of the case signed by the plaintiff, or
   b) Make no appearance at the hearing. In that case, the plaintiff may be given a default judgment against you.
2. If you wish to oppose the claim:
   a) You must appear on the date at the time set for the hearing.
   b) You should bring with you all books, papers, witnesses and evidence you have to establish your defense.
   c) At your request the small claims clerk will issue a subpoena for any witness you may need. You must order the subpoena as soon as possible and before the hearing date. There will be a small fee charged for this service.
3. If you have a claim against a plaintiff, it is a counterclaim. If you desire to file a counterclaim, then:
   a) If your counterclaim arises out of the same transaction or occurrence as the plaintiff's claim with the small claims court, you may file your counterclaim with the small claims court any time prior to the commencement of the hearing.
   b) If your counterclaim does not arise from the same transaction or occurrence as the plaintiff's claim, you may file the counterclaim at any time within ten days after service of process and **before** the date of trial.
   c) If you need assistance, contact the court and the clerk will assist you in preparing the counterclaim.
4. If you are a member of the United States Armed Forces, please advise the court immediately upon receipt of this summons.
5. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney.
6. A pamphlet explaining the small claims court is available.

**Note: Copies of all forms and procedures applicable to small claims shall be available to any person from the clerk of the small claims court without charge.**

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
(City of St. Louis)

Devon O'Neal VS Radius Global Solutions c/o CT Corporation System

CASE NO. 2622-SC00345 DIVISION ________ ________, 20 ____

## SMALL CLAIMS COURT

ALIAS/PLURIES SUMMONS ORDERED TO ISSUE RETURNABLE

October 26, 2026 AT 1:30 P.M. IN DIVISION 27.

SERVICE BY X CERTIFIED MAIL

________ SHERIFF OF ________

________ SPECIAL PROCESS SERVER ________

________ AMENDED PETITION REQUESTED

NEW ADDRESS/SPECIAL INSTRUCTIONS

5661 Telegraph Road, Suite 4B

St. Louis, MO 63129

FILED
SEP 22 2026
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY MFB DEPUTY

INSTRUCTIONS TO SMALL CLAIMS LITIGANTS

AMENDED PETITION MUST BE COMPLETED IN SMALL CLAIMS DEPARTMENT, ROOM 901.

ALL SPECIAL PROCESS SERVERS MUST BE APPROVED BY THE COURT.

City Sheriff Service fees or Certified Mail Service must be pre-paid. Failure to pre-pay will result in summons not being issued.

Service in other Counties, must be paid to the appropriate County Sheriff prior to service. Special Process server fees must be arranged with server.

Devon O'Neal (Plaintiff)

(Judge) 9/22/26

310-16-L (Rev. 8/13)

# Summons Small Claims Court

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | **Case Number:**<br>**2622-SC00345** | |
| Plaintiff:<br>DEVON ONEAL<br>vs. | Plaintiff's Attorney/Address:<br>DEVON ONEAL<br>4571 LACLEDE AVE 373<br>SAINT LOUIS, MO 63108 | |
| Defendant:<br>RADIUS GLOBAL SOLUTIONS | Date, Time and Location of Hearing:<br>**MONDAY**<br>**26-OCT-2026, 01:30 PM**<br>**DIVISION 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** | (Date File Stamp for Return) |

**The State of Missouri to: RADIUS GLOBAL SOLUTIONS**
**Alias:**

**Other Addresses:**
**5661 TELEGRAPH ROAD, SUITE 4B**
**SAINT LOUIS, MO 63129**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing.**

***COURT SEAL OF***

***CITY OF ST LOUIS***

9/22/2026
Date

Thomas Kloeppinger
Clerk

**Further Information:**

**Case Number: 2622-SC00345**

**Officer's or Server's Return**
**(unless Certified Mail Used)**

**Note to serving officer**: Service must not be made less than ten days from the date the defendant is to appear in court.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons to the defendant.

☐ leaving a copy of the summons at the dwelling house or usual place of abode of the defendant with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons to: ______________________ (name) ______________________ (title) at ______________________________ (address).

☐ other: ______________________________.

Served at ______________________________ (address) in ______________________ (County/City of St. Louis), MO, on ______________ (date) at ____________ (time).

______________________________
Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ ______________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant. For methods of service on all classes of suits, see Supreme Court Rule 54.

**Instructions to Defendant**

1. If you do not wish to oppose plaintiff's claim, you may:
   a) Contact the plaintiff and make an out-of-court settlement with the plaintiff before the hearing date and file with the clerk of the small claims court a dismissal of the case signed by the plaintiff, or
   b) Make no appearance at the hearing. In that case, the plaintiff may be given a default judgment against you.
2. If you wish to oppose the claim:
   a) You must appear on the date at the time set for the hearing.
   b) You should bring with you all books, papers, witnesses and evidence you have to establish your defense.
   c) At your request the small claims clerk will issue a subpoena for any witness you may need. You must order the subpoena as soon as possible and before the hearing date. There will be a small fee charged for this service.
3. If you have a claim against a plaintiff, it is a counterclaim. If you desire to file a counterclaim, then:
   a) If your counterclaim arises out of the same transaction or occurrence as the plaintiff's claim with the small claims court, you may file your counterclaim with the small claims court any time prior to the commencement of the hearing.
   b) If your counterclaim does not arise from the same transaction or occurrence as the plaintiff's claim, you may file the counterclaim at any time within ten days after service of process and **before** the date of trial.
   c) If you need assistance, contact the court and the clerk will assist you in preparing the counterclaim.
4. If you are a member of the United States Armed Forces, please advise the court immediately upon receipt of this summons.
5. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney.
6. A pamphlet explaining the small claims court is available.

**Note: Copies of all forms and procedures applicable to small claims shall be available to any person from the clerk of the small claims court without charge.**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Radius Global Solutions
5661 Telegraph Road
Suite 4B
St. Louis, MO, 63129

9590 9402 6893 1104 3179 04

2. Article Number *(Transfer from service label)*

9589 0710 5270 2688 7642 19

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery
(over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

SAINT LOUIS MO 630

29 SEP 2026 PM 4 L

9590 9402 6893 1104 3179 04

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

22nd JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
CIVIL COURTS BUILDING
10 N. TUCKER BLVD.
ST. LOUIS, MO. 63101

Div # 27

2622-SC00345 26-SMC-667

22nd JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
CIVIL COURTS BUILDING
10 N. TUCKER BLVD.
ST. LOUIS, MO. 63101

CERTIFIED MAIL

9589 0710 5270 2688 7630 76

quadient
FIRST-CLASS MAIL
$012.47 º
09/18/2026 ZIP 63101
043M31249287
US POSTAGE

NSN

RADIUS GLOBAL SOLUTIONS
209 MADISON ST
JEFFERSON CITY, MO 65101

NIXIE 553 5E 18CU 2210/15/26
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RADIUS GLOBAL SOLUTIONS
209 MADISON ST
JEFFERSON CITY, MO 65101

9590 9402 8502 3186 3479 42

2. Article Number *(Transfer from service label)*

9589 0710 5270 2688 7630 76

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature ☐ Agent ☐ Addressee

X

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Mail Restricted Delivery
- 0)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# FILED AS A POOR PERSON

## Summons Small Claims Court

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | **Case Number:**<br>**2622-SC00345** | |
| Plaintiff:<br>DEVON ONEAL<br>vs. | Plaintiff's Attorney/Address:<br>DEVON ONEAL<br>4571 LACLEDE AVE 373<br>SAINT LOUIS, MO 63108 | |
| Defendant:<br>RADIUS GLOBAL SOLUTIONS | Date, Time and Location of Hearing:<br>**MONDAY**<br>**26-OCT-2026, 01:30 PM**<br>**DIVISION 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** | (Date File Stamp for Return) |

**The State of Missouri to:** **RADIUS GLOBAL SOLUTIONS**
**Alias:**
**209 MADISON ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing.**

***COURT SEAL OF***

***CITY OF ST LOUIS***

9/18/2026
Date

Clerk

**Further Information:**

**Case Number: 2622-SC00345**

**Officer's or Server's Return**
**(unless Certified Mail Used)**

**Note to serving officer**: Service must not be made less than ten days from the date the defendant is to appear in court.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons to the defendant.

☐ leaving a copy of the summons at the dwelling house or usual place of abode of the defendant with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons to: ______________________ (name) ______________________ (title)

at ______________________________________ (address).

☐ other: ______________________________________.

Served at ______________________________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date)

*at* __________ (time).

______________________________
Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

*(Seal)*

Subscribed and sworn to before me on ______________________ (date).

My commission expires: ______________ ______________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant. For methods of service on all classes of suits, see Supreme Court Rule 54.

## Instructions to Defendant

1. If you do not wish to oppose plaintiff's claim, you may:
   a) Contact the plaintiff and make an out-of-court settlement with the plaintiff before the hearing date and file with the clerk of the small claims court a dismissal of the case signed by the plaintiff, or
   b) Make no appearance at the hearing. In that case, the plaintiff may be given a default judgment against you.
2. If you wish to oppose the claim:
   a) You must appear on the date at the time set for the hearing.
   b) You should bring with you all books, papers, witnesses and evidence you have to establish your defense.
   c) At your request the small claims clerk will issue a subpoena for any witness you may need. You must order the subpoena as soon as possible and before the hearing date. There will be a small fee charged for this service.
3. If you have a claim against a plaintiff, it is a counterclaim. If you desire to file a counterclaim, then:
   a) If your counterclaim arises out of the same transaction or occurrence as the plaintiff's claim with the small claims court, you may file your counterclaim with the small claims court any time prior to the commencement of the hearing.
   b) If your counterclaim does not arise from the same transaction or occurrence as the plaintiff's claim, you may file the counterclaim at any time within ten days after service of process and **before** the date of trial.
   c) If you need assistance, contact the court and the clerk will assist you in preparing the counterclaim.
4. If you are a member of the United States Armed Forces, please advise the court immediately upon receipt of this summons.
5. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney.
6. A pamphlet explaining the small claims court is available.

**Note: Copies of all forms and procedures applicable to small claims shall be available to any person from the clerk of the small claims court without charge.**

# FILED AS A POOR PERSON

## Summons Small Claims Court

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>NICOLE JEAN COLBERT BOTCHWAY | **Case Number:**<br>**2622-SC00345** | |
| Plaintiff:<br>DEVON ONEAL<br>vs. | Plaintiff's Attorney/Address:<br>DEVON ONEAL<br>4571 LACLEDE AVE 373<br>SAINT LOUIS, MO 63108 | |
| Defendant:<br>RADIUS GLOBAL SOLUTIONS | Date, Time and Location of Hearing:<br>**MONDAY**<br>**26-OCT-2026, 01:30 PM**<br>**DIVISION 27**<br>**CIVIL COURTS BUILDING**<br>**10 N TUCKER BLVD**<br>**SAINT LOUIS, MO 63101** | (Date File Stamp for Return) |

**The State of Missouri to:** **RADIUS GLOBAL SOLUTIONS**
**Alias:**
**209 MADISON ST**
**JEFFERSON CITY, MO 65101**

**Other Addresses:**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing.**

***COURT SEAL OF***

***CITY OF ST LOUIS***

9/18/2026
Date

Clerk

**Further Information:**

IN THE CIRCUIT COURT OF ______________ COUNTY, MISSOURI

22ND JUDICIAL CIRCUIT
2026 SEP 16 PM 3:34
(Date File Stamp)

| | | |
|---|---|---|
| Judge or Division: | Case Number: 2622-SC00348 | |
| Plaintiff(s): 1. Devin O'Neal 2. | Plaintiff's Address (No. 1): 4571 Lindell Ave / City, State, Zip: St. Louis, MO 63108 / Telephone Number: | Defendant's Address (No. 1): 204 Madison St / City State, Zip: Jefferson City, MO 65101 / Telephone Number: |
| vs. | | |
| Defendant(s): 1. Radius Global Solutions 2. ~~[struck through]~~ | Plaintiff's Address (No. 2): / City, State Zip: / Telephone Number: | Defendant's Address (No. 2): / City, State, Zip: / Telephone Number: |
| X Mail ___ Sheriff | | |

## Petition Small Claims Court

The plaintiff states he/she has a claim against the defendant in the amount of $ 5,000. The claim arose on or about 9/16/2026 (date) as a result of the following events:

See attachment

(include additional page if necessary)

The plaintiff states that the information contained in this petition is true and correct to the best of his/her knowledge, that he/she is not an assignee of this claim and that he/she has not filed more than twelve (12) other claims in the Missouri small claims courts during the current calendar year.

The plaintiff understands that, should he/she be successful in this action and obtain judgment, and if the defendant does not appeal within ten days, this judgment becomes final. The plaintiff cannot commence another action involving the same parties and issues. The plaintiff understands that he/she is waiving the right to jury trial on these issues in the small claims court.

9/16/26 — Date

[signature] — Signature of Plaintiff

**Keep a copy of this petition and bring it to court.**

22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
2026 SEP 16 PM 3: 32
CASHIER
CLERK

IN THE 22nd CIRCUIT COURT OF ST. LOUIS, MISSOURI

SMALL CLAIMS DIVISION

DEVON O'NEAL, )

4571 Laclede Ave, 373 )

St. Louis, MO 63108 )

Plaintiff (Pro Se) )

vs. ) Case No.: 2622-SC00345

RADIUS GLOBAL SOLUTIONS LLC )

c/o Registered Agent for Service: ) Division: Small Claims

CSC-Lawyers Incorporating Service Company )

209 Madison Street )

Jefferson City, MO 65101 )

Defendant. )

**PETITION FOR DAMAGES**

Plaintiff, Devon O'Neal, appearing pro se, for their cause of action against Defendant, Radius Global Solutions LLC, states as follows:

I. JURISDICTION AND PARTIES

1. Plaintiff Devon O'Neal is a natural person and a "consumer" as defined by 15 U.S.C. § 1692a(3), residing in St. Louis, Missouri.

2. Defendant Radius Global Solutions LLC (hereinafter "Radius") is a "debt collector" as defined by 15 U.S.C. § 1692a(6), engaged in the business of collecting debts. At all relevant times, Radius was attempting to collect an alleged debt from Plaintiff concerning an American Express account, #004-8716753, with an alleged balance of $4,917.41 (the "Account").

3. This Court has jurisdiction over this matter. The total amount in controversy is $5,000.00, which is within the jurisdictional limit of this Court as set forth in Mo. Rev. Stat. § 482.300.

**II. FACTUAL BACKGROUND**

4. On July 6, 2026, Plaintiff mailed a formal written dispute, validation demand, and Cease & Desist (C&D) notice regarding the Account to Defendant via USPS Certified Mail (Tracking #9589071052702259148592).

5. The United States Postal Service confirmed delivery of Plaintiff's written notice to Defendant on July 30, 2026.

III. PRE-SUIT DEMAND AND REGULATORY COMPLAINTS

6. On August 28, 2026 (via email) and August 31, 2026 (via USPS Certified Mail), Plaintiff sent Defendant a pre-suit Demand for Settlement and Intent to Sue, affording Defendant an opportunity to resolve this matter. Plaintiff's demand required Defendant to provide: (a) full credit deletion of the Account from all three credit bureaus; (b) a full waiver of the $4,917.41 balance with prejudice; (c) a written agreement not to sell, transfer, or assign the Account; and (d) $1,500 in statutory damages.

7. Defendant was given a deadline of September 4, 2026, to accept the settlement terms. Defendant failed to respond.

8. On September 4, 2026, Plaintiff filed formal complaints regarding Defendant's unlawful conduct with the Consumer Financial Protection Bureau (CFPB), the Missouri Attorney General (Consumer Protection Division), and the Better Business Bureau (BBB).

**COUNT I – FAILURE TO REPORT DEBT AS DISPUTED**

(Violation of 15 U.S.C. § 1692e(8))

9. Plaintiff incorporates the preceding paragraphs by reference.

10. Pursuant to 15 U.S.C. § 1692e(8), a debt collector is prohibited from "[c]ommunicating... to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed."

11. After receiving Plaintiff's written dispute on July 30, 2026, Defendant knew or should have known that the Account was disputed.

12. Despite this knowledge, Defendant continued to report the Account to consumer credit bureaus (including but not limited to Experian, Equifax, and TransUnion) without marking the Account as "Disputed by Consumer," thereby communicating false and misleading information in violation of 15 U.S.C. § 1692e(8).

**COUNT II – IGNORED ELECTRONIC OPT-OUT**

(Violation of 12 C.F.R. § 1006.6(e))

13. Plaintiff incorporates the preceding paragraphs by reference.

14. Pursuant to 12 C.F.R. § 1006.6(e) (Regulation F), a debt collector communicating electronically must provide and honor a "reasonable and simple method by which the consumer can opt out."

15. Defendant included an electronic "unsubscribe/opt-out" mechanism within its collection emails sent to Plaintiff. Plaintiff executed this opt-out mechanism to cease electronic communications.

16. Despite Plaintiff's opt-out, Defendant ignored the request and continued to send electronic collection communications to Plaintiff's email address, in direct violation of 12 C.F.R. § 1006.6(e).

**COUNT III – CONTINUED COMMUNICATION AFTER CEASE & DESIST**

(Violation of 15 U.S.C. § 1692c(c))

17. Plaintiff incorporates the preceding paragraphs by reference.

18. Pursuant to 15 U.S.C. § 1692c(c), once a consumer notifies a debt collector in writing to cease communication, the debt collector "shall not communicate further with the consumer with respect to such debt," subject to three narrow exceptions not applicable here.

19. Despite receiving Plaintiff's unequivocal written C&D notice on July 30, 2026, Defendant continued to send collection communications to Plaintiff's email address. These communications did not fall within any of the permissible statutory exceptions and therefore constitute a direct violation of 15 U.S.C. § 1692c(c).

**IV. DAMAGES**

20. As a direct and proximate result of Defendant's violations, Plaintiff has suffered damages and is entitled to relief as follows:

a. Statutory Damages: Pursuant to 15 U.S.C. § 1692k(a)(2)(A), Plaintiff is entitled to the maximum statutory damages of $1,000.00 due to the persistent and willful nature of Defendant's multiple, distinct violations.

b. Actual Damages: Pursuant to 15 U.S.C. § 1692k(a)(1), Plaintiff has suffered actual damages totaling $4,000.00, broken down as follows:

i. Emotional Distress ($2,500.00): Defendant's conduct caused Plaintiff significant emotional distress, including anxiety, stress, mental anguish, and sleep disruption. Plaintiff suffered humiliation and frustration from Defendant's continued harassment after Plaintiff invoked their clear legal rights via a written Cease & Desist and an electronic opt-out. Plaintiff also suffered distress from the knowledge that Defendant was actively reporting false information to credit bureaus by omitting the dispute status. Courts have consistently held that such emotional distress is recoverable as actual damages under the FDCPA, and Plaintiff's testimony at trial will establish these damages.

ii. Credit-Related Harm ($1,000.00): Defendant's failure to report the Account as disputed under § 1692e(8) caused direct harm to Plaintiff's credit standing and reputation. This false reporting resulted in adverse credit consequences, including but not limited to the denial of credit applications and/or the offering of credit on less favorable terms.

iii. Out-of-Pocket Expenses ($500.00): Plaintiff incurred direct out-of-pocket expenses to address Defendant's violations, including the costs of USPS Certified Mail for the dispute/C&D letter and pre-suit demand letter, the costs of obtaining credit reports from all three bureaus to document the false reporting, and other reasonable expenses.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Devon O'Neal respectfully requests that this Court enter judgment in their favor and against Defendant Radius Global Solutions LLC as follows:

A. For Statutory Damages in the amount of $1,000.00;

B. For Actual Damages in the amount of $4,000.00;

C. For Court Costs as permitted by law and 15 U.S.C. § 1692k(a)(3); and

D. For such other and further relief as the Court deems just and proper.

Total Damages Sought: $5,000.00 plus court costs.

Respectfully submitted,

Devon O'Neal, Plaintiff Pro Se

4571 Laclede Ave, 373

St. Louis, MO 63108

**VERIFICATION**

I, Devon O'Neal, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this ~~15th~~ 16th day of September, 2026.

________________________________

Devon O'Neal

Subscribed and sworn to before me this 16TH day of September, 2026.

________________________________ [ SEAL ]

BARBARA D. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2028
Commission Number: 20603492

Notary Public

My Commission Expires: 31 May 2028

JURY TRIAL WAIVER ACKNOWLEDGMENT

I understand that by filing this Petition in the Small Claims Division, I am waiving my right to a jury trial on these issues in the Small Claims Court, as provided by Mo. Rev. Stat. § 482.340.

________________________________ Date: September ~~15,~~ 16th 2026

Devon O'Neal